AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| JAMES SEXTON <br><br> *Plaintiff* <br><br> v. <br><br> CREDIT ONE BANK <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 15-589 DAE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CREDIT ONE BANK
585 Pilot Road
Las Vegas, Nevada 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    JEANNETTE J. CLACK

Date: 7/17/2015

_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CREDIT ONE BANK
was received by me on *(date)* 07/20/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LAUREN KIDD - PARALEGAL , who is
designated by law to accept service of process on behalf of *(name of organization)* CREDIT ONE BANK
AT 585 PILOT RD., LAS VEGAS, NV 89119 on *(date)* 07/20/15 - 2:35pm .

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/20/15

Server's signature: DEXTER CARRASCO - PROCESS SERVER

Print Name: Lauren Kidd
Signature: [signature]
Title: Paralegal
Date: 7/20/15   Time: 2:35pm

Printed name and title
3565 LAS VEGAS BLVD., S., #172
LAS VEGAS, NEVADA 89109

*Server's address*

Additional information regarding attempted service, etc: